## E. W. GATES LUMBER CO. V. GIVINS.

(Decided February 13, 1913.)

APPEAL from Washington Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

GRANADE & GRANADE, for appellant. TURNER, WILSON & TUCKER, for appellee.

DOWDELL, C. J.—Assignments of error are pasted in transcript, and on the authority of *Hunter v. L. & N. R. R. Co.*, 150 Ala. 594, 43 South. 802, the judgment is affirmed.

ANDERSON, MAYFIELD and DE GRAFFENRIED, JJ., concur.

---

## HOWARD V. THE STATE.

(Decided April 17, 1913.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

DE GRAFFENRIED, J.—The time for presenting bill of exceptions having expired before the case was submitted, and there being no error of record, the cause is affirmed.

All the Justices concur.